IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC BURT,

    Plaintiff,

vs.                                                       4:03-CV-308-SPM

JAMES CROSBY,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 16) dated June 8, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 16) is adopted and incorporated by reference in this order.

Page 2 of 2

2. The amended petition for writ of habeas corpus (doc. 7) is hereby *denied*.

3. This case is *dismissed* with prejudice.

**DONE AND ORDERED** this <u>eighth</u> day of July, 2005.

<u>    *s/ Stephan P. Mickle*    </u>
Stephan P. Mickle
United States District Judge

/pao